# MEMORANDUM CASES.

[Sac. No. 2065. In Bank.—April 4, 1913.]

VALLEJO FERRY COMPANY (a Corporation), Respondent, v. SOLANO AQUATIC CLUB, Appellant.

FERRY BETWEEN VALLEJO AND MARE ISLAND—INJUNCTION.—Order restraining operation of ferry affirmed, on the authority of *Vallejo Ferry Company v. Solano Aquatic Club, ante,* p. 255.

APPEAL from an order of the Superior Court of Solano County granting a temporary injunction. John F. Ellison, Judge presiding.

The facts are stated in the opinion in *Vallejo Ferry Company* v. *Solano Aquatic Club, ante,* p. 255.

Charles S. Wheeler, John F. Bowie, and W. H. Morrissey, for Appellant.

John J. Barrett, and Lent & Humphrey, for Respondent.

THE COURT.—This appeal, being from the same order and raising the same questions as the appeal Sac. No. 2054, this day decided, *ante,* p. 255, [131 Pac. 864], and by stipulation having been consolidated for decision with appeal Sac. No. 2054, is hereby denied, and the order appealed from is affirmed.

Rehearing denied.